ATTACHMENT 1

COMPLAINT FORM
(for non-prisoner filers without lawyers)

FILED/REC'D
2022 JUL 13 P 3: 12
CLERK OF COURT
U.S. DISTRICT COURT
WD OF WI

IN THE UNITED STATES DISTRICT COURT
FOR THE ____WESTERN____ DISTRICT OF ____WISCONSIN____

(Full name of plaintiff(s))

SHARIF HAMZAH AKA GREGORY McCOY

vs

(Full name of defendant(s))

U. S. DEPT. OF ED - DEFAULT RESOLUTION GROUP

GREAT LAIKES EDUCATIONAL LOAN SERVICES, INC.

UNIVERSITY OF MINNESOTA - STUDENT FINANCES

Case Number:

22-cv-385-jdp

(to be supplied by clerk of court)

A.   PARTIES

1.   Plaintiff is a citizen of ____WISCONSIN____ and resides at
                                (State)

917 HATHAWAY DRIVE   MADISON, WI. 53711
(Address)

(If more than one plaintiff is filing, use another piece of paper).

Attachment One (Complaint) – 1

2.  Defendant  US DEPARTMENT OF EDUCATION - DEFAULT RESOLUTION GROUP
                                                                    (Name)

is (if a person or private corporation) a citizen of  TEXAS
                                                                    (State, if known)
and (if a person) resides at  P. O. BOX 5609   GREENVILLE, TX  75403 - 5609
                                                                    (Address, if known)
and (if the defendant harmed you while doing the defendant's job)

worked for _____
                                                                    (Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.   STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

The Petitioner, Sharif Hamzah, attended the University of Minnesota from approximately fall 1982

through spring 1984 and from fall 1991 through spring 1993. On approximately 1/1/2021 the Petitioner

contacted the U of M admissions to inquire about graduation. Upon contacting the university, the

Petitioner noticed that there where holds on his account related to student loans he had not taken

out while a student. The alleged loans plus interest amounted to approximately 53K and where held

by the Department of Education Default Resolution Group. All attempts by Petitioner to rectify the

fraudulent loans with the Default Resolution Group failed. Subsequently, the Petitioner attempted to

rectify the problem by contacting the Department of Student Finances @ the University of Minnesota.

Petitioner was told by Staff ( Maggie O'Neill) that the holds on his record would not be lifted until the

Attachment One (Complaint) – 2

Dept. of Ed sent a letter authorizing the lifting of any holds related to default student loans. Ultimately, the fraudulent student loans where transferred to Great Lakes Educational Loan Services, Inc. The Petitioner was told that a consolidation of the loans would allow him to have the holds lifted while the facts of the fraudulent loans could be sorted out. Ironically, after consolidation, the holds weren't lifted. To date, all attempts to rectify the problem with Great Lakes has failed. Because of the actions of the Defendants in the above captioned action, the Petitioner has suffered both financially and psychologically over the past 19 years. Ultimately, the Petitioner wants damages for the financial and psychological trauma imposed upon him by the Defendants.

C.   JURISDICTION

☒   I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐   I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D.   RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

1. Direct the University of Minnesota, office of Student Finances, to lift all holds, on the Petitioner's U of M account, related to the fraudulent loans in question. 2. Direct the Department of Education to delete all fraudulent loans from their records and notify the appropriate staff at the U of M after doing so. 3. Direct Great Lakes to delete all fraudulent account/s it has on file for the Petitioner. 4. Grant the Petitioner compensatory and punitive damages in the amount of 3 million dollars.

E.  JURY DEMAND

[X]  Jury Demand – I want a jury to hear my case
              OR
[ ]  Court Trial – I want a judge to hear my case

Dated this __13th__ day of __July__ 20_22_.

Respectfully Submitted,

_____
Signature of Plaintiff

608 - 206 9539
Plaintiff's Telephone Number

s5a5i5@hotmail.com
Plaintiff's Email Address

P. O. Box 46233

Madison, WI. 53744

(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

## REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE

[X]  I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

[ ]  I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

# COMPLAINT FORM
# (CONT.)

2. Defendant/s:  Great Lakes Educational Loan
   Services, Inc.
   2401 International Ln
   Madison, WI. 53704

   University of Minnesota
   Office of Student Finance
   222 Pleasant St. SE (211 BruH)
   Minneapolis, MN. 55455-0239